[No. 1794–3.   Division Three.   May 12, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL R. BALLARD, SR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 18721, Bruce P. Hanson, J., entered September 22, 1975. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green and Munson, JJ.

[No. 2171–2.   Division Two.   May 13, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD CLINE PHIPPS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–1887, Robert J. Bryan, J., entered November 10, 1975. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Petrie, C.J., and Reed, J.

[No. 3734–1.   Division One.   May 16, 1977.]

MERLAN EUGENE DELBRIDGE, ET AL, *Appellants,* v. AUBURN SCHOOL DISTRICT NO. 408, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 771586, Francis E. Holman, J., entered March 18, 1975. *Affirmed* by unpublished per curiam opinion.